```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08973
   CHRISTOPHER BOYCE
   ANNETTE R BOYCE                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-3495    SSN XXX-XX-4209
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/12/08 .

2. The case was converted to Chapter 7 without confirmation, 10/10/2008.

3. The Debtor paid a total of $   4375.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NATIONAL AUTO FINANCE CO | SECURED VEHIC | .00 | .00 | .00 |
| NATIONAL AUTO FINANCE CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TRI STATE FINANCIAL SVC | SECURED VEHIC | .00 | .00 | .00 |
| TRI STATE FINANCIAL SVC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TRI STATE FINANCIAL SVC | SECURED VEHIC | .00 | .00 | .00 |
| TRI STATE FINANCIAL SVC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $   1400.00 and was paid $   1400.00 .

The Trustee received $    78.35 .

Refunds to the Debtor totaled $   2896.65 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/22/09                              /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE